FILED

NOV 21 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW K. MCDONALD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFF, | § § § § § | |
| V. | § § | CAUSE NO. 1:22-CV-01025-LY |
| LOTTERY.COM, INC. F/K/A TRIDENT ACQUISITIONS CORP., ANTHONY DIMATTEO, MATTHEW CLEMENSON, RYAN DICKINSON, VADIM KOMISSAROV, MARAT ROSENBERG, ILYA PONOMAREV, THOMAS GALLAGHER, AND GENNADII BUTKEVYCH, DEFENDANTS. | § § § § § § § § § § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On November 15, 2022, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) (Doc. #9). Accordingly,

**IT HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _21st_ day of November, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE